

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-97,325-01

## EX PARTE ALEXANDER GONZALEZ PALOMARES, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 12,889-A IN THE 46TH DISTRICT COURT
## WILBARGER COUNTY

*Per curiam.*

### O P I N I O N

Applicant was convicted by a jury of aggravated assault with a deadly weapon, assault family violence by impeding breathing or circulation, and assault family violence with a previous family violence conviction. In addition to imposing fines, the jury assessed punishment at 80 years of confinement on the aggravated assault with a deadly weapon count, 75 years for assault family violence by impeding breathing/circulation, and 20 years for assault family violence with a previous family

assault conviction. The Seventh Court of Appeals affirmed his convictions. *Palomares v. State*, 07-24-00249-CR (Tex. App.—Amarillo Aug. 28, 2025)(not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that appellate counsel failed to timely inform Applicant that his conviction had been affirmed. Based on the record, the trial court has determined that appellate counsel's performance was deficient and that Applicant would have timely filed a petition for discretionary review but for counsel's deficient performance.

Relief is granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997); *Ex parte Crow*, 180 S.W.3d 135 (Tex. Crim. App. 2005). Applicant may file an out-of-time petition for discretionary review of the judgment of the Seventh Court of Appeals in cause number 07-24-00249-CR. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: February 12, 2026
Do not publish